# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**COVALUS ACKWARD, ADC #132234**                                               **PLAINTIFF**

**v.**                 **Case No. 5:18-cv-00257-KGB-BD**

**MICHEAL DEMERY, Lieutenant, Varner Supermax Unit,** *et al.*       **DEFENDANTS**

## ORDER

Before the Court is the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 9). No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Deere's recommendations.

Therefore, the Court adopts the Partial Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 9). The Court dismisses without prejudice Mr. Ackward's claims against defendants Wilson, Cunningham, and Hampton. Wilson, Cunningham, and Hampton are dismissed as defendants in this action. The Court also dismisses without prejudice Mr. Ackward's failure-to-investigate claims against defendants Gibson and Dexter Payne. The Court does *not* dismiss Mr. Ackward's deliberate-indifference claims against defendants Gibson and Payne, nor does it dismiss Mr. Ackward's excessive-force claim against defendant Micheal Demery.

It is so ordered this 22nd day of January, 2020.

                                                                  Kristine G. Baker  
                                                                  United States District Judge