**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**COVALUS ACKWARD, ADC #132234**                                                    **PLAINTIFF**

**v.**                                       **Case No. 5:18-cv-00257-KGB-BD**

**MICHAEL DEMERY, JAMES GIBSON, and DEXTER PAYNE**                **DEFENDANTS**

**ORDER**

Before the Court is the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere on January 24, 2020 (Dkt. No. 43). No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Deere's recommendations.

Therefore, the Court adopts the Partial Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 43). The Court grants the motion for summary judgment filed by defendants James Gibson and Dexter Payne (Dkt. No. 24). The Court dismisses without prejudice plaintiff Covalus Ackward's claims against Mr. Gibson and Mr. Payne. The Court does *not* dismiss Mr. Ackward's excessive-force claim against defendant Michael Demery.

It is so ordered this 10th day of April, 2020.

_____
Kristine G. Baker
United States District Judge