# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**COVALUS ACKWARD**                                                              **PLAINTIFF**
**ADC #132234**

V.                          NO. 5:18-cv-257-KGB-ERE

**MICHAEL DEMERY**                                                              **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.   Procedure for Filing Objections:**

This Recommendation has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to all or part of this Recommendation.  Any objections filed must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.   Discussion:**

Covalus Ackward, an Arkansas Division of Correction ("ADC") inmate, originally filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983. *Docs. 2, 7*. Mr. Ackward alleges that, on June 1, 2018, Defendant Michael Demery slammed

his "arm/hand in the food trap, and while he had it jammed in the trap[,] he hit it with the metal bar."[1] *Doc. 2 at 4*.

On October 25, 2021, counsel was appointed to represent Mr. Ackward on his remaining individual capacity excessive force claim against Defendant Demery. *Doc. 66*.

Pending before the Court is a joint motion to dismiss with prejudice Mr. Ackward's remaining claim due to settlement. *Doc. 82*. The parties attach a copy of their written settlement agreement, the terms of which require the dismissal of this action. *Doc. 82-1*.

### III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. The parties' joint motion to dismiss Mr. Ackward's claim with prejudice (*Doc. 82*) be GRANTED, and Mr. Ackward's excessive force claim against Michael Demery be DISMISSED, with prejudice.

2. The Clerk be instructed to close this case.

3. The Court retain jurisdiction solely for the purpose of enforcing the parties' written settlement agreement.

---

[1] The Court previously dismissed Mr. Ackward's claims against Defendants Wilson, Cunningham, and Hampton based on his failure to state a plausible constitutional claim for relief. *Doc. 42*. In addition, the Court dismissed Mr. Ackward's claims against Defendants Gibson and Dexter Payne based on his failure to fully exhaust his administrative remedies. *Doc. 44*.

Dated this 27th day of January, 2023.

                                                                                                              _____
                                                                                                              UNITED STATES MAGISTRATE JUDGE