THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**COVALUS ACKWARD, ADC #132234**                                                    **PLAINTIFF**

v.                                    **Case No. 5:18-cv-00257-KGB**

**MICHEAL DEMERY, Lieutenant, Varner Supermax Unit,** *et al*.            **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition from United States Magistrate Judge Edie R. Ervin issued January 27, 2023 (Dkt. No. 83).  Judge Ervin recommends granting the parties' joint motion to dismiss with prejudice (Dkt. Nos. 82–83).  No party filed timely objections to the Recommended Disposition.  After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's findings in all respects (Dkt. No. 83).  The Court grants the parties' joint motion to dismiss with prejudice (Dkt. No. 82).

So ordered this 13th day of February, 2023

Kristine G. Baker
United States District Judge